IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HERBERT LEE BUCKHANNON, JR., )
# 221337, )
                                       )
       Petitioner, )
                                       )
   v. ) Civil Action No. 2:16cv168-WHA
                                       )           (WO)
WALTER MYERS, *et al*., )
                                       )
      Respondents. )

## **ORDER**

On December 26, 2017, the Magistrate Judge filed a Recommendation (Doc. # 10) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation of the Magistrate Judge (Doc. # 10) is ADOPTED;

(2) Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. # 1) is DENIED; and

(3) This case is DISMISSED with prejudice, as the petition was filed after expiration of the one-year limitation period in 28 U.S.C. § 2244(d).

A separate final judgment will be entered.

DONE this 7th day of February, 2018.

                                             /s/ W. Harold Albritton
                                             W. HAROLD ALBRITTON
                                             SENIOR UNITED STATES DISTRICT JUDGE